JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Jeane.Hamilton2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0345 WHA |
|     Plaintiff, ) | |
| v. ) | **AMENDED PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RAUL GARCIA, ) a/k/a Wilson Vallalta, ) | |
|     Defendant. ) | |

    To the Honorable Bernard Zimmerman, United States Magistrate Court Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner RAUL GARCIA, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

//

//

//

//

CR 09-00345 WHA:
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1  required to appear in the above-entitled matter, and therefore petitioner requests that this Court
2  issue the Writ as presented.
3
4  DATED: April 27, 2009                    Respectfully submitted,
5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
7                                           _____/s/_____
                                            JEANE HAMILTON
8                                           Special Assistant United States Attorney
9
   IT IS SO ORDERED.
10
11
   DATED:  April 27, 2009
12
13                                          HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge
14

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED, Judge Bernard Zimmerman"]*

CR 09-00345 WHA:
WRIT OF HABEAS CORPUS AD PROSEQUENDUM    2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Sheriff of the San Francisco County Jail at (415) 553-9489.

**GREETINGS**

WE COMMAND that on April 30, 2009, you have and produce the body of RAUL GARCIA, Booking number 2408881, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Bernard Zimmerman, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so that RAUL GARCIA may then and there appear for an initial appearance upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of RAUL GARCIA, and to further produce RAUL GARCIA at all times necessary until the termination of the proceedings in this Court;

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:  April 27, 2009

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Rose Maher*
DEPUTY CLERK, Rose Maher

CR 09-00345 WHA:
WRIT OF HABEAS CORPUS AD PROSEQUENDUM  3