```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6758
 7      FAX: (415) 436-6753

 8  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. Cr. 09-0345(WHA) |
|---|---|
| v. | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| RAUL GARCIA, | ) ORDER DOCUMENTING WAIVER |
| Defendant. | ) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the change of plea proceeding scheduled for July 28, 2009 and setting a new change of plea proceeding for August 18, 2009, and excluding time under the Speedy Trial Act from the date of this stipulation to August 18, 2009. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Raul Garcia, is charged with one count of illegal re-entry, in violation of 8 U.S.C. § 1326. Garcia is scheduled for a change of plea at 2:00 pm on July 28, 2009.

**1**  2. The defendant has been represented at all times during this case by Laura
**2**  Robinson, Esq. After the July 28, 2009 change of plea date was set, Ms. Robinson learned she
**3**  needed to undergo a medical procedure that would conflict with the July 28, 2009 change of plea
**4**  proceeding. Accordingly, the parties respectfully request that the July 28, 2009 change of plea
**5**  hearing be continued until August 18, 2009 at 2:00 pm, subject to the Court's availability, to
**6**  ensure the availability of defense counsel.
**7**  3. Should this request for a continuance be granted, the parties would also request
**8**  that time under the Speedy Trial Act be excluded until August 18, 2009. Exclusion would be
**9**  appropriate, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), because the requested continuance
**10** would ensure the availability and continuity of defense counsel, thereby ensuring effective
**11** representation of counsel.
**12** 4. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the
**13** July 28, 2009 change of plea hearing and sets a new change of plea hearing for August 18, 2009,
**14** at 2:00 pm or for a time and date indicated otherwise; and (b) orders that the period from the date
**15** of this stipulation to this new date be excluded under from Speedy Trial Act calculations under
**16** 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
**17** SO STIPULATED:
**18**
**19** DATED:     July 24, 2009              /s/
                                            LAURA ROBINSON, ESQ.
**20**                                        Attorney for RAUL GARCIA
**21**
**22** DATED:     July 24, 2009              /s/
                                            W.S. WILSON LEUNG
**23**                                        Assistant United States Attorney
**24**
**25** IT IS SO ORDERED.
**26** DATED:     July __27__, 2009



**27**                                        HON. WILLIAM H. ALSUP
                                            United States District Judge
**28**